THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROSE HALVEY, Appellant, against JOHN F. HALVEY, Respondent.

Argued February 26, 1946; decided April 12, 1946.

*James D. Ouchterloney* and *Eben E. Rand* for appellant.
*Isidore Cohen* for respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. MEDALIE, J., deceased.